## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CEMON BYRD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:17-CV-233 ACL |
| | ) |
| JAMES HURLEY, | ) |
| | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is defective because petitioner did not use the Court's form, *see* Local Rule 2.06(A), and because petitioner has failed to include the grounds under which he is seeking to overturn his conviction and sentence.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send petitioner a § 2254 court-form.

**IT IS FURTHER ORDERED** that petitioner must fill out the § 2254 form and return it to the Court within twenty-eight (28) days of the date of this Order. If petitioner fails to comply with this Order, the Court may dismiss this action without further proceedings.

**IT IS FURTHER ORDERED** that petitioner's motion to proceed in forma

pauperis [Doc. #3] is **GRANTED**.

Dated this 26th day of January, 2017.

_Abbie Crites-Leoni_

ABBIE CRITES-LEONI
UNITED STATES DISTRICT JUDGE