# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CEMON BYRD, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 4:17-CV-233 ACL |
| JAMES HURLEY, | ) ) ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for extension of time to file his application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for an extension of time to file his application for writ of habeas corpus [Doc. #6] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send petitioner a § 2254 court-form.

**IT IS FURTHER ORDERED** that petitioner must fill out the § 2254 form and return it to the Court within thirty (30) days of the date of this Order. If petitioner fails to comply with this Order, the Court may dismiss this action without further proceedings.

Dated this 7th day of March, 2017

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES DISTRICT JUDGE